**STATE v. KIRKLAND**

[342 N.C. 891 (1996)]

STATE OF NORTH CAROLINA v. CEASAR B. KIRKLAND

No. 272A95

(Filed 8 March 1996)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 119 N.C. App. 185, 457 S.E.2d 766 (1995), finding no error in a trial that resulted in a judgment imposing a sentence of fourteen years imprisonment entered by Duke, J., on 5 February 1993 in Superior Court, Pitt County. On 5 October 1995, we denied defendant's petition for discretionary review as to additional issues. Heard in the Supreme Court 13 February 1996.

*Michael F. Easley, Attorney General, by Lorinzo L. Joyner, Special Deputy Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Benjamin Sendor and Charlesena Elliott Walker, Assistant Appellate Defenders, for defendant-appellant.*

PER CURIAM.

AFFIRMED.